# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>         v.<br><br>PRINCETON UNIVERSITY,<br><br>                  Defendant. | CIVIL ACTION<br>NO. 20-CV-4532<br><br>**NOTICE OF UNOPPOSED EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL R. CIV. P. 5.3(c)** |

To:    Clerk of the Court

        Daniel J. Fetterman
        Christian T. Becker
        Fria R. Kermani
        1633 Broadway
        New York, New York 10019
        Tel: (212) 506-1700
        Fax: (212) 506-1800
        *Attorneys for Plaintiff*

        **PLEASE TAKE NOTICE**, that as soon as counsel may be heard, the undersigned, on behalf of Defendant Princeton University, shall appear and move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. in the United States District Court for the District of New Jersey, Trenton Division, located in the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order, pursuant to Local Civ. R. 5.3(c), sealing Plaintiff's Complaint and Memorandum of Law in Support of Plaintiff John Doe's Motion for a Temporary Restraining Order and Injunctive Relief (the "documents"). The documents disclose identifying and sensitive student information, including information whose confidentiality is recognized by federal law.  While it is imperative to the protection of highly sensitive personal information of non-parties that the unredacted versions of these documents be sealed, redacted

versions will be filed on the public docket.  The University will meet and confer with Plaintiff, and propose to the Court redacted versions of the documents, together with any disagreements about proposed redactions, within one week.

<u>Plaintiff Doe does not oppose this motion.</u>

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of its Motion, Defendant will rely upon the Certification of Stephen J. Kastenberg and Statement That No Brief Is Necessary, served and filed herewith.  It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

Dated: April 16, 2020

<u>/s/Stephen J. Kastenberg</u>
Stephen J. Kastenberg, Esq. (026001993)
Christopher J. Kelly, Esq. (024972008)
BALLARD SPAHR LLP

210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1163
Telephone:  856.761.3400
Facsimile:  856.761.1020

1735 Market Street
Philadelphia PA 19103

Kastenberg@ballardspahr.com (cell 215.913.0350)
KellyC@ballardspahr.com (cell 267.769.9224)

*Attorneys for Princeton University*
