UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

OFFICE: TRENTON

JUDGE BRIAN R. MARTINOTTI

COURT REPORTER: NOT ON THE RECORD

DATE OF PROCEEDINGS: 4/16/2020

CIVIL DOCKET #: 20-4352(BRM)

TITLE OF CASE:

John Doe

vs.

Princeton University

APPEARANCES:

Christian Becker, Fria Kermani & Daniel Fetterman, Esquires for plaintiff

Christopher Kelly & Stephen Kastenberg, Esquires for defendant

NATURE OF PROCEEDINGS: TELEPHONE & STAUTS CONFERENCE HELD.

Ordered oral argument set for Tuesday, April 21, 2020 at 12:30 p.m. re Plaintiff's Motion for Temporary Restraining Order [doc. #3].

Further directed responsive papers are due on Friday, April 17, 2020 by 3:00 p.m. and reply papers are due on Monday, April 20, 2020 by 12:00 p.m.

TIME COMMENCED: 3:00 p.m.

TIME ADJOURNED: 3:20 p.m.

TOTAL TIME: 20 minutes

s/Dana Sledge-Courtney

Courtroom Deputy