IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : 20-CV-4532-BRM-TJB |
| v. | : **STIPULATION** |
| PRINCETON UNIVERSITY, | : |
| Defendant. | : |

**WHEREAS**, the Complaint (Dkt. No. 1) and Plaintiff's application for a TRO/Preliminary Injunction ("TRO") (Dkt. No. 3) were ordered temporarily sealed pursuant to the April 16, 2020 Order of the Court (the "Order") (Dkt. No. 10);

**WHEREAS**, the Order set a deadline of April 27, 2020 for the parties to meet and confer and submit proposed redactions for the documents that were ordered sealed;

**WHEREAS**, the Defendant filed its opposition to the TRO under temporary seal;

**WHEREAS**, the Plaintiff filed its reply in further support of the TRO under temporary seal; and

**WHEREAS**, the parties believe it would be most efficient to meet and confer and submit proposed redactions for the entire TRO at one time consistent with the requirements of L. Civ. R. 5.3;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Doe and Defendant Princeton University and their respective counsel that, on or before April 27, 2020, the parties shall submit to the Court, under seal, proposed redactions for the following items:

    Plaintiff's Complaint (Dkt. No. 1)

    Motion for Temporary Restraining Order and Injunctive Relief (Dkt. No. 3)

Memorandum in Opposition (Dkt. No. 14)

Response in Support (Dkt. Nos. 15, 16)

| | |
|---|---|
| */s/ Christian T. Becker* | */s/ Christopher J. Kelly* |
| Daniel J. Fetterman, Esq. | Stephen J. Kastenberg, Esq. |
| (*pro hac vice* application pending) | Christopher J. Kelly, Esq. |
| Christian T. Becker, Esq. | BALLARD SPAHR LLP |
| Fria R. Kermani, Esq. | 210 Lake Drive East, Suite 200 |
| (*pro hac vice* application pending) | Cherry Hill, NJ 08002 |
| KASOWITZ BENSON TORRES LLP | |
| 1633 Broadway | 1735 Market Street |
| New York, NY 10019 | Philadelphia PA 19103 |
| | |
| Dfetterman@kasowitz.com | kastenberg@ballardspahr.com |
| CBecker@kasowitz.com | kellyc@ballardspahr.com |
| FKermani@kasowitz.com | Telephone:  856.761.3446 |
| Telephone:  212.506.1700 | Facsimile:  865.761.1020 |
| Facsimile:  212.506.1800 | |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *John Doe* | *Princeton University* |
| | |
| Dated:  April 20, 2020 | Dated:  April 20, 2020 |

**SO ORDERED**

s/ Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.