# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Stephen J. Kastenberg
Tel: 215.864.8122
Fax: 215.864.9751
kastenberg@ballardspahr.com

*April 21, 2020*
*By Electronic Filing*

Honorable Brian R. Martinotti
United States District Court
402 East State Street
Room 2020
Trenton, NJ  08608

Re:     Doe v. Princeton University, Docket No. 20-CV-04352-BRM-TJB

Dear Judge Martinotti:

We write on behalf of defendant Princeton University (the "University") regarding the above-captioned action.

In response to Your Honor's inquiry during today's telephonic argument, we have confirmed that the University is able to: (a) preserve existing course recordings of John Doe's lectures this semester for the pendency of this litigation, (b) take steps to record and preserve John Doe's future lectures for the remainder of this semester for the pendency of this litigation.

With respect to tomorrow's anticipated order from the Court, we respectfully request that the order be placed under temporary seal for prompt review by the parties for any confidentiality concerns regarding the determinability of the identity of students involved in the investigation.

Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

*/s/ Stephen J. Kastenberg*

Stephen J. Kastenberg

cc:     All counsel of record (By email pdf)

"SO ORDERED."

*[signature]*

April 22, 2020     Brian R. Martinotti, U.S.D.J.

DMEAST #40829679 v1