UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | Case No. 3:20-cv-04352-BRM-TJB |
| Plaintiff, | |
| v. | **STIPULATION AND CONSENT ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| PRINCETON UNIVERSITY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** as follows by and between the undersigned counsel:

1. The parties agree to extend plaintiff's deadline to file an opposition to defendant's Motion to Dismiss, and to extend defendant's deadline to file a reply. No previous extensions of plaintiff's time to oppose or defendant's time to reply have been requested.

2. The parties agree to the following briefing schedule:

    a. John Doe's opposition to be filed on or before June 15, 2020;

    b. Princeton University's reply to be filed on or before June 29, 2020;

    c. The return date for defendant's Motion to Dismiss is July 6, 2020.

Dated: May 22, 2020

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | BALLARD SPAHR LLP |
| By: ____*s/ Christian T. Becker*____<br>  Daniel J. Fetterman<br>  (*pro hac vice* application pending)<br>  Christian T. Becker (044142005)<br>  Fria R. Kermani<br>  (*pro hac vice* application pending)<br><br>  1633 Broadway<br>  New York, New York 10019<br>  Tel: (212) 506-1700<br>  Fax: (212) 506-1800<br><br>  dfetterman@kasowitz.com<br>  cbecker@kasowitz.com<br>  fkermani@kasowitz.com<br><br>  *Counsel for Plaintiff John Doe* | By: ____*s/ Stephen J. Kastenberg*____<br>  Stephen J. Kastenberg, Esq.<br>  (026001993)<br>  Christopher J. Kelly, Esq.<br>  (024972008)<br><br>  210 Lake Drive East, Suite 200<br>  Cherry Hill, New Jersey 08002<br>  Telephone: 856.761.3400<br>  Facsimile: 856.761.1020<br><br>  1735 Market Street<br>  Philadelphia, PA 19103<br><br>  Kastenberg@ballardspahr.com<br>  KellyC@ballardspahr.com<br><br>  *Counsel for Defendant Princeton University* |

**SO ORDERED** this ___ day of _____ 2020.

_____
HON. BRIAN R. MARTINOTTI