# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : NO. 3:20-CV-4352-BRM-TJB |
| | : |
| v. | : **NOTICE OF UNOPPOSED MOTION** |
| | : **TO FILE DOCUMENTS UNDER SEAL** |
| PRINCETON UNIVERSITY, | : **PURSUANT TO LOCAL R. CIV. P.** |
| | : **5.3(c)** |
| Defendant. | : |

To: Clerk of the Court

Daniel J. Fetterman
Christian T. Becker
Fria R. Kermani
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE**, that as soon as counsel may be heard, the undersigned, on behalf of Defendant Princeton University, shall appear and move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. in the United States District Court for the District of New Jersey, Trenton Division, located in the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order, pursuant to Local Civ. R. 5.3(c), sealing Defendant's Memorandum of Law, Certification of Regan Crotty, and Exhibits B–E in support of its Motion to Dismiss ("the documents.")  The documents disclose identifying and sensitive student information, including information whose confidentiality is recognized by federal law. While it is imperative to the protection of highly sensitive personal information of non-parties

that the unredacted versions of these documents be sealed, redacted versions are already available on the public docket.

<u>Plaintiff Doe does not oppose this motion.</u>

**PLEASE TAKE FURTHER NOTICE** that at the aforesaid time and place, in support of its Motion, Defendant will rely upon the Certification of Stephen J. Kastenberg and Statement That No Brief Is Necessary, served and filed herewith.  It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

Dated: June 3, 2020

*/s/Stephen J. Kastenberg*
Stephen J. Kastenberg, Esq. (026001993)
Christopher J. Kelly, Esq. (024972008)
BALLARD SPAHR LLP

210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1163
Telephone:  856.761.3400
Facsimile:  856.761.1020

1735 Market Street
Philadelphia PA 19103

Kastenberg@ballardspahr.com (cell 215.913.0350)
KellyC@ballardspahr.com (cell 267.769.9224)

*Attorneys for Princeton University*
