UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| JOHN DOE, | : Case No.: 3:20-cv-4352-BRM-TJB |
| Plaintiff, | : Judge Brian R. Martinotti |
| v. | : **DECLARATION OF CHRISTIAN T.** |
| | : **BECKER, ESQ. IN OPPOSITION** |
| PRINCETON UNIVERSITY, | : **TO DEFENDANT'S MOTION TO** |
| | : **DISMISS PLAINTIFF'S** |
| Defendant. | : **COMPLAINT** |

---

**CHRISTIAN T. BECKER**, pursuant to 28 U.S.C. §1746, declares as follows:

1.  I am a member of the law firm Kasowitz Benson Torres LLP, attorneys for plaintiff John Doe ("Plaintiff"), in the above-captioned matter. My business address is 1633 Broadway, New York, NY 10019. I respectfully submit this Declaration in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of the May 29, 2020 decision of the United States Court of Appeals for the Third Circuit in *John Doe v. University of the Sciences*, No. 19-2966, 2020 WL 2786840 (3d Cir. May 29, 2020).

3. Attached hereto as Exhibit B is a true and correct copy of 34 CFR § 106.45, the U.S. Department of Education Office for Civil Rights' Grievance process for formal complaints of sexual harassment (2020).

4. Attached hereto as Exhibit C is a true and correct copy of the response to Plaintiff's counter claims provided to Princeton by Jane Roe's attorney ████ ████████.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated: New York, New York
June 15, 2020

                                                   /s/ Christian T. Becker
                                              Christian T. Becker
                                              Attorney ID No. 044142005