# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCETON UNIVERSITY<br><br>　　　　　Defendant. | Case No. 3:20-cv-4352 (BRM)(TJB)<br><br>**ORDER** |

**THIS MATTER** is opened to this Court by Defendant Princeton University's ("Princeton") Motion to Dismiss (ECF No. 31) Plaintiff John Doe's ("Plaintiff") Complaint ("Complaint") (ECF No. 1). Plaintiff opposes the Motion. (ECF No. 38.) Having reviewed the submissions filed in connection with the Motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 31st of December 2020,

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 31) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** in its entirety; and it is further

**ORDERED** that the parties shall submit a joint proposed redacted version of the Opinion by January 11, 2021, via email to njdnef_Martinotti@njd.uscourts.gov for review by the Court to be publicly filed; and it is further

**ORDERED** that Plaintiff is afforded thirty (30 days) to file an amended complaint that cures the deficiencies as set forth in the Opinion. Failure to file an amended complaint within this time will result in the entire case being dismissed with prejudice.

*s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
