# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
| | |
|---|---|
| JOHN DOE, | : Case No.: 3:20-cv-4352-BRM-TJB |
| | : |
| Plaintiff, | : Judge Brian R. Martinotti |
| | : |
| v. | : **PLAINTIFF JOHN DOE'S** |
| | : **NOTICE OF INTENTION TO STAND ON** |
| PRINCETON UNIVERSITY, | : **COMPLAINT** |
| | : |
| Defendant. | : |

------------------------------------------------------------x

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Plaintiff John Doe does not intend to file an amended complaint, but will instead stand upon the existing Complaint (ECF No. 1), and appeal the Court's December 31, 2020 Opinion and Order (ECF Nos. 54 and 55) to the United States Court of Appeals for the Third Circuit. Accordingly, Plaintiff respectfully requests that, pursuant to the December 31, 2020 Opinion and Order, the Court enter a final, reviewable order of dismissal in this action.

Dated: New York, New York
      January 27, 2021

**KASOWITZ BENSON TORRES LLP**

By:     /s/     Christian T. Becker
Daniel J. Fetterman
(*pro hac vice* application pending)
Christian T. Becker
Attorney ID No. 044142005
Fria R. Kermani
(*pro hac vice* application pending)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Plaintiff John Doe*