UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>    Defendant. | Case No. 3:20-cv-4352 (BRM)(TJB)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiff's notice, filed January 27, 2021, indicating its intention to stand on its existing Complaint (ECF No. 1) and appeal the Court's December 31, 2020 Opinion and Order (ECF Nos. 54 and 55) to the United States Court of Appeals for the Third Circuit. The Court's December 31, 2021 Order granted Defendant's Motion to Dismiss, dismissed the matter in its entirety without prejudice, and allowed Plaintiff thirty days to file an amended complaint. (ECF No. 55.) It appearing that Plaintiff's notice evinces "a clear and unequivocal intent to decline amendment and immediately appeal that leaves no doubt or ambiguity," *Weber v. McGrogan*, 939 F.3d 232, 240 (3d Cir. 2019), and that dismissing the Complaint with prejudice would result in a reviewable, final order, *id.* at 239, and for good cause appearing,

**IT IS** on this 10th of February 2021,

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** in its entirety.

*s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**