UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-----------------------------------------------------------------X
                                                                 :
JOHN DOE,                                                        :   Case No.  3:20-cv-04352-BRM-TJB
                                                                 :
                              Plaintiff,                         :   Judge Brian R. Martinotti
                                                                 :
           v.                                                    :   CONSENT ORDER GRANTING
                                                                 :   SUBSTITUTION OF ATTORNEY
PRINCETON UNIVERSITY,                                            :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

**NOTICE IS HEREBY PROVIDED** that, subject to court approval, Plaintiff JOHN DOE substitutes William E. Denver (N.J. Atty No. 0362211995), of the Denver Law Firm, admitted to practice before this Court and the courts of the State of New Jersey, and Michael Paul Bowen of the law firm Glenn Agre Bergman & Fuentes, LLP (application for *pro hac vice* admission forthcoming) as counsel of record in place of Daniel Fetterman, Christian Becker and Fria Kermani of the law firm Kasowitz Benson Torres, LLP.

Contact information for new counsel is:

| | |
|---|---|
| Firm Name: | The Denver Law Firm |
| Address: | 331 Newman Springs Road |
| | Bld. 1, 4th Floor, Suite 143 |
| | Red Bank, NJ 07701 |
| Office: | (732) 784-1807 |
| Email: | wdenver@thedenverlawfirm.net |
| | |
| Firm Name: | Glenn Agre Bergman & Fuentes LLP |
| Address: | 55 Hudson Yards, 20th Floor |
| | New York, New York, 10001 |
| Office: | (212) 358-5600 |
| Email: | mbowen@glennagre.com |

<u>Client consent</u>:  The undersigned new counsel affirms and represents that plaintiff, who is proceeding in this action as a "John Doe," consents to this substitution of counsel.

<u>Former counsel consents</u>:  On behalf of the law firm Kasowitz Benson Torres LLP and the attorneys from that firm who have appeared in this action, counsel consents to this substitution:

                s/ *Christian T. Becker*
                s/ *Daniel J. Fetterman* (pro hac vice)
                s/ *Fria R. Kermani* (pro hac vice)

<u>New counsel consents</u>:  On behalf of myself, William E. Denver, and Michael Paul Bowen, I consent to this substitution:

                s/ *William E. Denver*

Dated:  March 4, 2021

**SO ORDERED:**

Dated: _____

                _____
                U.S. District Judge