**Glenn Agre Bergman & Fuentes LLP**
55 Hudson Yards, 20th Floor
New York, New York 10001
(212) 358-5600
Edward E. Shapiro

**The Denver Law Firm**
331 Newman Springs Road
Bld. 1, 4th Floor, Suite 143
Red Bank, NJ 07701
(732) 784-1807
William E. Denver
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | Case No. 3:20-cv-04352-MAS-TJB |
| Plaintiff, | Judge Michael A. Shipp |
| v. | **DECLARATION OF EDWARD EVAN SHAPIRO, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |
| PRINCETON UNIVERSITY, | |
| Defendant. | |

EDWARD EVAN SHAPIRO, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm Glenn Agre Bergman & Fuentes LLP, with a business address of 55 Hudson Yards, 20th Floor, New York, New York 10001. I submit this declaration in support of the motion to admit me *pro hac vice* for purposes of appearing as legal counsel on behalf of John Doe in this action.

2. I am a licensed attorney admitted to practice law before the Courts of the State of

New York having been so admitted on October 7, 2013. The address of the official and office maintaining my New York bar admission is: Appellate Division, First Judicial Department, 27 Madison Ave, New York, NY 10010. I am also admitted to practice law before the Courts of the State of California having been so admitted on June 6, 2019. The address of the official and office maintaining my California bar admission is: 180 Howard St, San Francisco, CA 94105.

3. I am also admitted in the following courts as of the dates indicated:

- U.S. Court of Appeals for the Third Circuit, March 25, 2021;
- U.S. Court of Appeals for the Ninth Circuit, June 26, 2019;
- U.S. District Court for the Southern District of New York, April 22, 2014;
- U.S. District Court for the Eastern District of New York, April 22, 2014;
- U.S. District Court for the Northern District of California, June 26, 2019.

4. The names and addresses of the officials or offices maintaining the rolls of my membership in the bars of the U.S. Courts are:

- U.S. Court of Appeals for the Third Circuit, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106;
- U.S. Court of Appeals for the Ninth Circuit, 95 7th Street, San Francisco, CA 94103;
- U.S. District. Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007;
- U.S. District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201;
- U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

5.       I am a member in good standing and eligible to practice law in the Courts of the State of New York and California and each of the U.S. Courts listed above.

6.       No disciplinary proceedings are presently pending against me in any jurisdiction and no discipline has been previously imposed on me in any jurisdiction.

7.       I understand and acknowledge that I have a continuing obligation to notify the Court of any matter affecting my standing with the bar of the State of New York and California or any other court in which I am admitted to practice.

8.       The plaintiff in this action, who is proceeding as "John Doe," has retained me and my law firm to act as co-counsel along with the Denver Law firm to represent him as legal counsel in all aspects of this case, including trial, and I accordingly seek *pro hac vice* admission for these purposes.

9.       I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the District of New Jersey, including in particular the requirements of Local Civil Rule 101.1(c).

10.     I shall, as required, make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

11.     I agree to have all pleadings, briefs, and other papers filed with the Court signed by co-counsel William Denver, an attorney of record authorized to practice in the State of New Jersey or other co-counsel so authorized.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.*

Dated:  May 2, 2022

        **GLENN AGRE BERGMAN & FUENTES LLP**

        By:  s/ *Edward E. Shapiro*
             Edward Evan Shapiro

             55 Hudson Yards, 20th Floor
             New York, New York 10001
             (212) 358-5600

        **THE DENVER LAW FIRM**

        By:  s/ *William E. Denver*
             William E. Denver

             331 Newman Springs Road
             Bld. 1, 4th Floor, Suite 143
             Red Bank, NJ 07701
             (732) 784-1807

             *Attorneys for Plaintiff*