**The Denver Law Firm**
**331 Newman Springs Road**
**Bld. 1, 4th Floor, Suite 143**
**Red Bank, NJ 07701**
**(732) 784-1807**
**William E. Denver**
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
:
JOHN DOE,                                : Case No. 3:20-cv-04352-MAS-TJB
:
        Plaintiff,            : Judge Michael A. Shipp
:
   v.                              : **NOTICE OF MOTION FOR**
: **MICHAEL PAUL BOWEN'S** *PRO*
PRINCETON UNIVERSITY,          : *HAC VICE* **ADMISSION**
:
        Defendant.            :
:
---------------------------------------------------------------X

PLEASE TAKE NOTICE that on June 6, 2022 or on any date that the court decides, the undersigned attorneys for Plaintiff John Doe shall move before the United States District Court for the District of New Jersey, pursuant to Local Civil Rule 101.1, for an Order admitting *pro hac vice* Michael Paul Bowen, Esq. of Glenn Agre Bergman & Fuentes LLP, licensed to practice in the State of New York, for purposes of appearing in this matter as co-counsel to plaintiff John Doe; and

PLEASE TAKE FURTHER NOTICE that in support of his motion, plaintiff submits the certification of William E. Denver and the declaration of Michael Paul Bowen, both of even date. A proposed Order is also submitted herewith.

Dated:   May 2, 2022

**THE DENVER LAW FIRM**

By:  s/ *William E. Denver*
        William E. Denver

331 Newman Springs Road
Bld. 1, 4th Floor, Suite 143
Red Bank, NJ 07701
(732) 784-1807

*Attorneys for Plaintiff*