**The Denver Law Firm**
**331 Newman Springs Road**
**Bld. 1, 4th Floor, Suite 143**
**Red Bank, NJ 07701**
**(732) 784-1807**
**William E. Denver**
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
:
JOHN DOE,                                                    :   Case No.  3:20-cv-04352-MAS-TJB
                                                             :
        Plaintiff,                                          :   Judge Michael A. Shipp
                                                             :
   v.                                                        :   **CERTIFICATION OF WILLIAM**
                                                             :   **E. DENVER, ESQ. IN SUPPORT**
PRINCETON UNIVERSITY,                                        :   **OF MOTION FOR *PRO HAC***
                                                             :   ***VICE* ADMISSION**
        Defendant.                                          :
                                                             :
---------------------------------------------------------------X

       WILLIAM E. DENVER, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, certifies pursuant to Local Civil Rule 101.1(c) as follows:

       1.    I am a member of the Denver Law firm, attorneys for plaintiff John Doe in the above-captioned matter.  I submit this Certification in support of an Order admitting Michael Paul Bowen, Esq. of the law firm Glenn Agre Bergman & Fuentes, LLP as counsel *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c) and Your Honor's Judicial Preferences.  I am personally familiar with both the facts of this case and the facts set forth in this Certification.

       2.    Mr. Bowen is an attorney-at-law admitted to practice before the courts of the State of New York and a member of the law firm Glenn Agre Bergman & Fuentes, LLP, with offices in

New York and California. Mr. Bowen was admitted to the bar of the State of New York in 1993 and is a member in good standing. He is also admitted to practice in the United States Courts of Appeal for the Second, Third and Fifth Circuits, and the United States District Courts for the Southern District of New York and the Eastern District of New York. Mr. Bowen is in good standing at the bar of each of these courts.

3. I have been advised that Mr. Bowen has not been subjected to discipline by any court or governing body, and that he agrees to be bound by the rules governing practice in this Court, including the disciplinary rules.

4. Good cause exists for the *pro hac vice* admission of Mr. Bowen, including: He is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his *pro hac vice* admission.

5. John Doe has specifically requested that Mr. Bowen represent him in this matter.

6. Pursuant to Local Civil Rule 101.1(c), I understand I or another attorney associated with my firm, duly admitted to practice law before this Court, shall (a) continue to serve as attorney of record in this matter; (b) review and sign all pleadings, briefs, and other papers filed with the Court; (c) accept service of all papers in this action, with such service being deemed sufficient service upon counsel admitted *pro hac vice*; (d) be responsible for the conduct of this matter and for the conduct of counsel admitted *pro hac vice*; and (e) otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

7. For the foregoing reasons, I request that this Court grant John Doe's application for an Order granting admission *pro hac vice* to Michael Paul Bowen for all purposes in this matter, including trial.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Dated:  May 2, 2022

                                            **THE DENVER LAW FIRM**

                                            By: s/ *William E. Denver*
                                                  William E. Denver

                                            331 Newman Springs Road
                                            Bld. 1, 4th Floor, Suite 143
                                            Red Bank, NJ 07701
                                            (732) 784-1807

                                            *Attorneys for Plaintiff*