UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-----------------------------------------------------------------X
                                          :
JOHN DOE,                                 :    Case No.  3:20-cv-04352-MAS-TJB
                                          :
              Plaintiff,                  :    Judge Michael A. Shipp
                                          :
     v.                                   :    **ORDER**
                                          :
PRINCETON UNIVERSITY,                     :    **ADMISSION *PRO HAC VICE***
                                          :    **Of MICHAEL PAUL BOWEN**
              Defendant.                  :
                                          :
-----------------------------------------------------------------X
```

**THIS MATTER**, having come before the Court upon the application of plaintiff John Doe through his counsel, the Denver Law Firm, for the *pro hac vice* admission of Michael Paul Bowen, Esq. pursuant to Local Civil Rule 101.1(c); and the Court having considered the application supported by moving papers, including consideration of the submissions in accordance with Federal Rule of Civil Procedure 78; and for good cause shown:

It is on this _____ day of _____, 2022,

**ORDERED** that Michael Paul Bowen, Esq. of the law firm Glenn Agre Bergman & Fuentes LLP is hereby admitted *pro hac vice* as legal counsel for and on behalf of plaintiff John Doe in this action pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that all notices, pleadings, and other papers filed with the Court shall be served upon Michael Paul Bowen of the Glenn Agre firm, and that a member of the Denver Law Firm, attorneys of record for plaintiff John Doe, who is admitted to the Bar of this Court and/or any other such other attorney of record for plaintiff so admitted shall enter all appearances and be responsible for signed papers and for the conduct of attorneys admitted herewith; and it is further

**ORDERED** that Michael Paul Bowen, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty days from the date of the entry of this Order; and it is further

**ORDERED** that Michael Paul Bowen, Esq. shall make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty days from the date of this Order; and it is further

**ORDERED** that Michael Paul Bowen, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Michael Paul Bowen, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, 1:21-7, as amended.

**SO ORDERED.**

_____
United States District Judge