

GLENN AGRE BERGMAN & FUENTES

Jewel K. Tewiah
jtewiah@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1620

May 4, 2023

By Electronic Filing

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street
Court Room 7W
Trenton, NJ 08608


RE:     *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

        This firm represents plaintiff John Doe in the above-captioned matter.  While, as counsel for plaintiff, I will be present in court for the court conference tomorrow, May 5, at 2:00 p.m., another lawyer on our team, Michael Bowen, would like to join telephonically with the permission of the Court.  He is unable to attend in person due to a unforeseen personal matter.

        Please contact me with any questions or concerns.  Thank you for your consideration.

                                Respectfully yours,

                                */s/ Jewel K. Tewiah*

CC:  All Counsel of Record

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com