IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE,

Plaintiff,

v.

PRINCETON UNIVERSITY,

Defendant.

Case No. 3:20-cv-4352

'ORDER

## ORDER EXTENDING DISCOVERY DEADLINES

IT IS ON THIS 16th day of August, 2023 hereby

ORDERED that the following discovery deadlines set forth in this Court's June 21, 2023 Order (ECF 120) are hereby extended such that:

- Fact discovery shall be completed before November 3, 2023;
- Plaintiff's experts reports shall be served by no later than December 7, 2023;
- Defendant's expert reports shall be served by no later than January 11, 2024;
- The parties shall complete all expert discovery by February 13, 2023.

Hon. Rukhsanah L. Singh, U.S.M.J.