

Jewel K. Tewiah
jtewiah@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1620

September 7, 2023

<u>By Electronic Filing</u>

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street
Court Room 7W
Trenton, NJ 08608

RE: *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

    This firm represents plaintiff John Doe in the above-captioned matter. We write on behalf of plaintiff to request an adjournment of the hearing currently scheduled for September 13, 2023. Plaintiff's counsel has a personal medical matter to attend to on September 13, 2023, so he will not be able to attend the hearing on that day. Thus, Plaintiff requests an adjournment of the hearing to the week of October 2, 2023 as his counsel is unavailable for a hearing until that week. Plaintiff's counsel has conferred with defendant's counsel who does not object to Plaintiff's request.

    Please contact me with any questions or concerns. Thank you for your consideration.

                                        Respectfully yours,

                                        */s/ Jewel K. Tewiah*

CC: All Counsel of Record

Glenn Agre Bergman & Fuentes LLP
New York
San Francisco
glennagre.com