UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>                Defendant. | Civil Action No. 20-4352 (MAS) (RLS)<br><br>**ORDER REGARDING**<br>**INFORMAL DISCOVERY DISPUTE** |

**THIS MATTER** having come before the Court by way of the parties' letters dated August 15, 2023 and October 6, 2023, regarding certain discovery disputes by and between them (Dkt. Nos. 121 & 126); and the Court having conducted a hearing on those disputes on October 11, 2023, during which the Court heard argument of counsel; and the Court having considered the issues raised by the parties pursuant to Local Civil Rule 37.1; and for the reasons set forth on the record during the October 11, 2023 hearing; and for good cause shown,

**IT IS** on this **11th** day of **October 2023**, hereby

**ORDERED** that Plaintiff's request to compel further discovery from Defendant in response to his Requests for Production Numbered 29, 31, 32, and 33 are hereby WITHDRAWN; and it is further

**ORDERED** that Plaintiff's request to compel discovery from Defendant in response to Request for Production Number 51 relating to the "Title IX chart" is DENIED; and it is further

1

**ORDERED** that Plaintiff's request for a protective order as to the sought-after discovery relating to Plaintiff's medical history and HIPAA consent forms is DENIED and Defendant's cross-application to compel such discovery is GRANTED; and it is further

**ORDERED** that the parties are directed to meet and confer as to the independent medical examination(s) sought by Defendant's experts and shall raise any remaining disputes as discussed during the October 11, 2023 hearing, provided, however, that such examinations may occur before the close of fact discovery; and it is further

**ORDERED** that, by no later than **November 1, 2023**, the parties shall file a joint proposed amended scheduling order; and it is further

**ORDERED** that the Clerk of Court is directed to TERMINATE the Motions pending at docket entries numbered 121 and 126.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE