# Ballard Spahr
### LLP

- - - - - - - - - - - - - - - - - -

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Stephen J. Kastenberg
Tel: 215.864.8122
Fax: 215.864.8999
kastenberg@ballardspahr.com

January 9, 2024

*By Electronic Filing*

Judge Rukhsanah L. Singh
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:     *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

      The undersigned, as counsel for the respective parties in this action, submit this letter setting forth the status of discovery pursuant to the Court's November 3, 2023 Order (Dkt. No. 135).

      On October 26, 2023, Doe appealed Your Honor's October 11, 2023 order denying Doe's motion to compel and request for a protective order and granting Princeton's cross-application to compel discovery relating to Doe's medical history and HIPAA consent forms. (The "Discovery Appeal") (Dkt. No. 130). That appeal is *sub judice*. Princeton deposed Doe on November 16, 2023, although Princeton held the deposition open pending the Court's resolution of Doe's appeal. The parties have agreed upon dates for the evaluations of Doe by Princeton's vocational and medical experts, on February 22 and 23, respectively. The parties are negotiating dates for the depositions of Princeton's witnesses.

      The parties have agreed that a brief extension of the current discovery schedule is necessary. The parties have therefore attached a proposed order setting forth the joint proposed schedule for fact and expert discovery. It may be necessary, depending on the timing and outcome of the Discovery Appeal, for the parties to request an additional discovery extension.

Judge Rukhsanah L. Singh
January 9, 2024
Page 2

Dated:   January 9, 2024

By:   _s/  Stephen J. Kastenberg_
Stephen J. Kastenberg (026001993)
Elizabeth V. Wingfield (admitted pro hac vice)
Elizabeth P. Weissert (admitted pro hac vice)
BALLARD SPAHR LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999

Monica T. Nugent (238252017)
BALLARD SPAHR LLP
700 East Gate Drive, Suite 300
Mount Laurel, New Jersey 08054
Telephone:  856.761.3400
Facsimile: 856.761.1020

_Attorneys for Princeton University_

_s/ Jewel K. Tewiah_
Jewel K. Tewiah
Michael Paul Bowen (admitted _pro hac vice_)
Edward E. Shapiro (admitted _pro hac vice_)
GLENN   AGRE   BERGMAN   &
FUENTES LLP
1185 Avenue of the Americas, 22nd Fl
New York, New York 10036
mbowen@glennagre.com
eshapiro@glennagre.com
jtewiah@glennagre.com
212 970-1620

_Attorneys for Plaintiff John Doe_