IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>Defendant. | Case No. 3:20-cv-4352<br><br>**ORDER** |

**ORDER EXTENDING DISCOVERY DEADLINES**

IT IS ON THIS 10th day of January, 2024 hereby

ORDERED that the following discovery deadlines set forth in this Court's November 3, 2023 Order (Dkt. No. 134) are hereby extended such that:

- Fact discovery shall be completed before March 22, 2024;

- Plaintiff's experts reports shall be served by no later than April 25, 2024;

- Defendant's expert reports shall be served by no later than May 30, 2024;

- The parties shall complete all expert discovery by July 2, 2024.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.