**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Stephen J. Kastenberg
Tel: 215.864.8122
Fax: 215.864.8999
kastenberg@ballardspahr.com

January 19, 2024

*By Electronic Filing*

Judge Michael A. Shipp
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: <u>*John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS</u>

Dear Judge Shipp:

On November 20, 2023, Princeton submitted a Motion for Leave to File a Sur-Reply Brief in further opposition to Doe's Objection to Magistrate Judge Singh's Order Denying Doe's Motion to Compel and Motion for Protective Order. ECF No. 142. The sur-reply brief cited Doe's deposition testimony regarding his treatment by healthcare practitioners and attached as an exhibit an excerpt of the rough transcript of his deposition. ECF No. 143 at 1.

As indicated in the sur-reply brief, Princeton is now supplementing its filing with an excerpt of the same testimony from Doe's final deposition transcript. The transcript of Doe's deposition was received on November 29, 2023, no errata was served, and so the transcript became final on December 29, 2023 pursuant to Federal Rule of Civil Procedure 30(e). In the final transcript, there were no material changes to the substance of the testimony cited in Princeton's sur-reply brief. Because Doe designated the entire transcript of his deposition Attorneys' Eyes Only under the Discovery Confidentiality Order, ECF No. 106, Princeton is filing the cited excerpt of Doe's final deposition transcript, Exhibit 1, under seal.

DMFIRM #410943739 v1

Judge Michael A. Shipp
January 19, 2024
Page 2

Thank you for your courtesy and consideration.

Dated:   January 19, 2024                    Respectfully submitted,

                                                           By:    *s/ Stephen J. Kastenberg*
                                                                 Stephen J. Kastenberg (026001993)
                                                                 Elizabeth V. Wingfield (admitted pro hac vice)
                                                                 Elizabeth P. Weissert (admitted pro hac vice)
                                                                 BALLARD SPAHR LLP
                                                                 1735 Market Street
                                                                 Philadelphia, PA 19103
                                                                 Telephone: 215.665.8500
                                                                 Facsimile: 215.864.8999

                                                                 Monica T. Nugent (238252017)
                                                                BALLARD SPAHR LLP
                                                                700 East Gate Drive, Suite 300
                                                                Mount Laurel, New Jersey 08054
                                                                Telephone:  856.761.3400
                                                                Facsimile: 856.761.1020

                                                                *Attorneys for Princeton University*

DMFIRM #410943739 v1