# GLENN AGRE BERGMAN & FUENTES

Jewel K. Tewiah<br>
jtewiah@glennagre.com<br>
1185 Avenue of the Americas, 22nd Floor<br>
New York, NY 10036<br>
212.970.1620

December 12, 2024

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street, Courtroom 7W
Trenton, NJ 08608

Re: *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

On behalf of plaintiff John Doe, we submit this letter to request an extension of the current discovery deadlines. The parties have not yet completed fact discovery, namely fact witness depositions, because we await Your Honor's resolution of the discovery disputes regarding third-party subpoenas and documents withheld from production by Princeton. Accordingly, Doe requests an extension of the fact discovery deadline to February 14, 2024 and a corresponding extension of all other discovery deadlines. Doe has conferred with Princeton, and Princeton does not object to Doe's request for an extension. We have enclosed a proposed scheduling order with this letter setting forth the new discovery deadlines.

Respectfully submitted,

By: s/ *Jewel K. Tewiah*
Jewel K. Tewiah
1185 Avenue of the Americas, 22nd Fl
New York, New York 10036
jtewiah@glennagre.com
212 970-1600

*Attorney for Plaintiff John Doe*