# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>               Defendant. | Case No. 3:20-cv-4352<br><br>**[PROPOSED] ORDER** |

## ORDER EXTENDING DISCOVERY DEADLINES

**IT IS ON THIS** _____ day of _____, 2024 hereby

**ORDERED** that the following discovery deadlines set forth in this Court's November 6, 2024 Order (Dkt. No. 188) are hereby extended such that:

- Fact discovery shall be completed by February 14 2025;
- Plaintiff's expert reports shall be served by February 14, 2025;
- Defendant's expert reports shall be served by March 27, 2025;
- The parties shall complete all expert discovery by April 26, 2025.

                                                Hon. Rukhsanah L. Singh, U.S.M.J.