# GLENN AGRE BERGMAN & FUENTES

Jewel K. Tewiah
jtewiah@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1620

February 14, 2025

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street, Courtroom 7W
Trenton, NJ 08608

Re: *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

On behalf of plaintiff John Doe, I submit this letter to request an extension of the current discovery deadlines. The parties have conferred as directed by Your Honor, and have determined that a fact discovery extension to April 30, 2025 is needed to complete outstanding depositions. Accordingly, Doe requests an extension of the fact discovery deadline to April 30, 2025, and a corresponding extension of all other discovery deadlines. I have enclosed a proposed scheduling order with this letter setting forth the new discovery deadlines.

Respectfully submitted,

By: s/ *Jewel K. Tewiah*
Jewel K. Tewiah
1185 Avenue of the Americas, 22nd Fl
New York, New York 10036
jtewiah@glennagre.com
212 970-1600

*Attorney for Plaintiff John Doe*