IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>                Defendant. | Case No. 3:20-cv-4352<br><br>**[PROPOSED] ORDER** |

**ORDER EXTENDING DISCOVERY DEADLINES**

**IT IS ON THIS** _____ day of _____, 2025 hereby

**ORDERED** that the following discovery deadlines set forth in this Court's December 12, 2024 Order (Dkt. No. 192) are hereby extended such that:

- Fact discovery shall be completed by April 30, 2025;
- Plaintiff's expert reports shall be served by April 30, 2025;
- Defendant's expert reports shall be served by June 10, 2025;
- The parties shall complete all expert discovery by July 9, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.