IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>             Defendant. | Case No. 3:20-cv-4352<br><br>[~~PROPOSED~~] ORDER |

## ORDER EXTENDING DISCOVERY DEADLINES

IT IS ON THIS 18th day of February, 2025 hereby

ORDERED that the following discovery deadlines set forth in this Court's December 12, 2024 Order (Dkt. No. 192) are hereby extended such that:

- Fact discovery shall be completed by April 30, 2025;
- Plaintiff's expert reports shall be served by April 30, 2025;
- Defendant's expert reports shall be served by June 10, 2025;
- The parties shall complete all expert discovery by July 9, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

\* The parties shall electronically file a joint status letter by no later than April 15, 2025.

\* The Clerk of the Court shall RE-OPEN this matter and restore it to the Court's active docket.