**GLENN AGRE BERGMAN & FUENTES**

Jewel K. Tewiah
jtewiah@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1620

April 15, 2025

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street, Courtroom 7W
Trenton, NJ 08608

Re:     *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

The undersigned counsel submit this joint status letter to set forth the status of discovery. The parties have nearly completed fact discovery, with only the depositions of Regan Crotty, in her capacity as a fact witness as well as Princeton's Rule 30(b)(6) witness as to Topics 2, 5, 11 and 12, and Princeton's Rule 30(b)(6) witness as to the other topics remaining. The parties have scheduled Ms. Crotty's deposition for April 30, 2025. In addition, the parties have scheduled the deposition of Princeton's second Rule 30(b)(6) witness for May 22, 2025, which is after the fact discovery deadline of April 30, 2025. The parties had to schedule Princeton's second Rule 30(b)(6) witness after the deadline due to the witness's job responsibilities during the school year.

Accordingly, Doe requests an extension of the fact discovery deadline to May 28, 2025 and a corresponding extension of all other discovery deadlines. Doe has conferred with Princeton, and Princeton does not object to Doe's request for an extension. We have enclosed a proposed scheduling order with this letter setting forth the new discovery deadlines.

Respectfully submitted,

By:  s/ *Jewel K. Tewiah*
     Jewel K. Tewiah
     1185 Avenue of the Americas, 22nd Fl
     New York, New York 10036
     jtewiah@glennagre.com
     212 970-1600

     *Attorney for Plaintiff John Doe*

     s/ *Stephen J. Kastenberg*
     Stephen J. Kastenberg (026001993)
     Elizabeth P. Weissert (admitted pro hac vice)
     BALLARD SPAHR LLP
     1735 Market Street

Honorable Rukhsanah L. Singh, U.S.M.J.
April 15, 2025
Page 2 of 2



Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Princeton University*

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com