GLENN AGRE BERGMAN & FUENTES

Jewel K. Tewiah
jtewiah@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1620

September 21, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street, Courtroom 7W
Trenton, NJ 08608

Re: *John Doe v. Princeton University*, Case No. 3:20-cv-04352-MAS-RLS

Dear Judge Singh:

Pursuant to Your Honor's September 15, 2026 Order, the parties submit this joint status letter setting forth the matters ripe for discussion with the Court.

All discovery in this matter has been completed. Defendants' summary judgment motion was resolved by the Opinion and Order of this Court entered on September 9, 2026. That Opinion and Order granted summary judgment to Defendants on Plaintiff's selective enforcement Title IX claim and emotional distress claim. It denied summary judgment as to Plaintiff's erroneous outcome Title IX claim, breach of contract claim, and breach of the implied covenant of good faith and fair dealing claim.

In light of the foregoing, the parties are prepared to discuss a schedule for pre-trial submissions and trial on Plaintiff's three remaining claims. Additionally, Doe has raised the prospect of settlement discussions and/or a formal mediation with Princeton, which is considering Doe's request.

Thank you for Your Honor's courtesy and consideration.

Dated: September 21, 2026

**GLENN AGRE BERGMAN & FUENTES LLP**

By: s/ *Jewel K. Tewiah*
Jewel K. Tewiah
Edward E. Shapiro (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Fl
New York, New York 10036
eshapiro@glennagre.com
jtewiah@glennagre.com
212 970-1600

*Attorneys for Plaintiff John Doe*

s/ *Stephen J. Kastenberg*

GLENN AGRE BERGMAN & FUENTES

Stephen J. Kastenberg (026001993)
Elizabeth P. Weissert (admitted *pro hac vice*)
Elizabeth V. Wingfield (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Princeton University*